IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| STEPHEN C. STANKO,<br><br>       *Plaintiff*,<br> v.<br><br>SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; JOEL E. ANDERSON, Interim Director, SCDC; COLIE RUSHTON, Director of Security & Emergency Operations, SCDC; STEPHEN DUNCAN, Warden, Broad River Correctional Institution; and LYDELL CHESTNUT, Deputy Warden, Broad River Correctional Institution,<br><br>       *Defendants*,<br><br>and<br><br>HENRY DARGAN MCMASTER, in his official capacity as Governor of the State of South Carolina,<br><br>       *Intervenor–Defendant*. | Civil Action No.: 3:25-cv-4976-RMG-SVH<br><br>**MOTION TO DISMISS** |

  Henry Dargan McMaster, in his official capacity as Governor of the State of South Carolina; the South Carolina Department of Corrections; Joel E. Anderson, Interim Director of the South Carolina Department of Corrections; Colie Rushton, Director of Security & Emergency Operations of the South Carolina Department of Corrections; Stephen Duncan, Warden of Broad River Correctional Institution; and Lydell Chestnut, Deputy Warden of Broad River Correctional Institution, move to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

  Defendants incorporate Parts I and II of the Argument in their Response to Section 1983 Action under ECF No. 8 and Motion to Stay (ECF No. 17), *see* ECF No. 20, at 7–18, so a separate

memorandum would serve no useful purpose, *see* Local Civ. R. 7.04 (D.S.C.).

        Respectfully Submitted,

        s/Wm. Grayson Lambert
        Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
        *Chief Legal Counsel*
        Wm. Grayson Lambert (Fed. Bar No. 11761)
        *Chief Deputy Legal Counsel &*
        *Senior Litigation Counsel*
        Erica W. Shedd (Fed. Bar No. 13206)
        *Deputy Legal Counsel*
        Tyra S. McBride (Fed. Bar No. 13324)
        *Deputy Legal Counsel*
        OFFICE OF THE GOVERNOR
        South Carolina State House
        1100 Gervais Street
        Columbia, South Carolina 29201
        (803) 734-2100
        tlimehouse@governor.sc.gov
        glambert@governor.sc.gov
        eshedd@governor.sc.gov
        tmcbride@governor.sc.gov

        *Counsel for Governor McMaster*

        *and*

        s/Daniel C. Plyler
        Daniel C. Plyler (Fed. Bar No. 9762)
        Austin T. Reed (Fed. Bar No. 13405)
        Frederick N. Hanna, Jr. (Fed Bar No. 13826)
        SMITH │ ROBINSON
        3200 Devine Street
        Columbia, SC 29205
        (803) 254-5445
        Daniel.Plyler@SmithRobinsonLaw.com
        Austin.Reed@SmithRobinsonLaw.com
        Fred.Hanna@SmithRobinsonLaw.com

        *Counsel for SCDC, Interim Director*
        *Anderson, Director Rushton, Warden*
        *Duncan, and Deputy Warden Chestnut*

June 9, 2025